IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CRYSTAL PAXSON**                                                                                      **PLAINTIFF**

v.                                           Case No. 3:24-cv-00156-LPR

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED.  Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 2nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE